**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-2359

NASHIBKUMA PATEL,

             Plaintiff - Appellant,

      v.

7-ELEVEN, INC., a wholly-owned subsidiary of Seven and I
Holdings Co., Ltd,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:14-cv-00664-GBL-TRJ)

Submitted:  July 29, 2015          Decided:  August 25, 2015

Before KEENAN and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gerald A. Marks, Justin M. Klein, MARKS & KLEIN, LLP, Red Bank,
New Jersey, for Appellant.  Joseph J. Aronica, DUANE MORRIS LLP,
Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nashibkuma Patel appeals the district court's order dismissing his amended complaint against 7-Eleven, Inc., and denying his oral motion for leave to file a second amended complaint. See Fed. R. Civ. P. 12(b)(6), 15(a). We have reviewed the record and find no reversible error. Accordingly, we affirm. Patel v. 7-Eleven, Inc., No. 1:14-cv-00664-GBL-TRJ (E.D. Va. Nov. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED